# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MAXIMO FERNANDEZ, ARTURO CORDONA, SERGIO DURAN, RODRIGO PUENTES, and ISAIAS VILLANUEVA, on behalf of themselves and all others similarly situated, ) ) ) ) ) ) | |
| Plaintiffs, ) | No. 1:17-cv-08971 |
| ) | Judge Jorge L. Alonso |
| v. ) ) | |
| KERRY INC., ) ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION TO DISMISS
## PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendant Kerry Inc. (Kerry) respectfully moves this Court for an order dismissing Plaintiffs' First Amended Complaint with prejudice and entering judgment in favor of Kerry because Plaintiffs' claims are preempted by the Labor Management Relations Act (LMRA). A Memorandum in support of this motion is being filed contemporaneously herewith.

Dated: May 22, 2020

Respectfully submitted,

KERRY INC.

By: /s/ *Melissa A. Siebert*
One of Its Attorneys

Melissa A. Siebert (*masiebert@shb.com*) (#6210154)
Erin Bolan Hines (*ehines@shb.com*)
Jonathon M. Studer (*jstuder@shb.com*)
Benjamin E. Sedrish (*bsedrish@shb.com*)
SHOOK, HARDY & BACON LLP
111 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 704-7700
Fax: (312) 558-1195

**<u>CERTIFICATE OF SERVICE</u>**

I certify that, on May 22, 2020, the foregoing was filed with the Court using the Court's electronic case filing system, which will send notification to all registered users.

/s/ *Melissa A. Siebert*