**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Maximo Fernandez, Arturo Cordona, Sergio Duran, Rodrigo Puentes, and Isaias Villanueva,<br><br>       Plaintiffs,<br><br>    v.<br><br>Kerry, Inc.,<br><br>       Defendant. | No. 17-cv-08971<br><br>Judge Franklin U. Valderrama |

**ORDER**

On November 30, 2020, the Court dismissed Plaintiffs' amended complaint without prejudice and ordered Plaintiffs to file an amended complaint consistent with the Court's order on or before December 12, 2020 [110], which the Court subsequently corrected to December 21, 2020 [111]. No amended complaint has been filed. Therefore, this case is dismissed with prejudice. The Clerk is directed to enter final judgment. Case closed.

Franklin U. Valderrama
United States District Judge

DATED: December 23, 2020