# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MAXIMO FERNANDEZ, *et al.*, on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | No. 1:17-cv-08971 |
| v. | ) ) ) | Judge Franklin U. Valderrama |
| KERRY, INC., | ) ) ) | **NOTICE OF APPEAL** |
| Defendant. | ) ) | |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Maximo Fernandez, Arturo Cordona, Sergio Duran, Rodrigo Puentes, and Isaias Villanueva, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Seventh Circuit from an order dismissing their case on the basis of Labor Management Relations Act preemption, entered in this action on December 23, 2020.

Dated: January 12, 2021

Alejandro Caffarelli (#6239078)
Lorrie T. Peeters (#6290434)
Alexis D. Martin (#6309619)
Caffarelli & Associates Ltd.
224 N. Michigan Ave., Ste. 300
Chicago, IL  60604
Tel. (312) 763-6880

Respectfully submitted,

MAXIMO FERNANDEZ, ARTURO CORDONA, SERGIO DURAN, RODRIGO PUENTES, and ISAIAS VILLANUEVA, on behalf of themselves and all others similarly situated,

By: /s/ Alejandro Caffarelli
    Counsel of Record
    for the Plaintiff-Appellants

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing document was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's CM/ECF system. Parties may access this filing through the Court's CM/ECF system.

                                            /s/ *Alejandro Caffarelli*
                                            Counsel for Plaintiffs